| | |
|---|---|
| Lawrence S. Lustberg, Esq.<br>Jessica L. Hunter, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>(973) 596-4500<br>llustberg@gibbonslaw.com<br>jhunter@gibbonslaw.com<br><br>*Attorneys for Plaintiffs American Civil Liberties Union of New Jersey and American Civil Liberties Union, Inc.* | OF COUNSEL:<br>Jeanne LoCicero, Esq.<br>American Civil Liberties Union of<br>    New Jersey Foundation<br>89 Market Street, 7th Floor<br>Newark, NJ 07102<br>(973) 854-1715<br>jlocicero@aclu-nj.org<br><br>David Cole, Esq.*<br>American Civil Liberties Union<br>    Foundation, Inc.<br>915 15th St. NW<br>Washington, DC 20005<br>(202) 675-2330<br>dcole@aclu.org<br><br>Brian Hauss, Esq.*<br>American Civil Liberties Union<br>    Foundation, Inc.<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>bhauss@aclu.org<br><br>* *Pro hac vice applications to be submitted* |

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY,** a New Jersey nonprofit corporation, and **AMERICAN CIVIL LIBERTIES UNION, INC.,** a District of Columbia nonprofit corporation**,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GURBIR S. GREWAL**, in his official capacity as Attorney General of New Jersey**, ERIC H. JASO**, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission**,** | **Case No. 19-CV-17807**<br><br>*Document Electronically Filed*<br><br>**CORPORATE DISCLOSURE STATEMENT** |

1

| | |
|---|---|
| **STEPHEN M. HOLDEN**, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON**, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission,<br><br>                       **Defendants.** | |

Pursuant to Federal Rule of Civil Procedure 7.1., Plaintiffs American Civil Liberties Union of New Jersey and American Civil Liberties Union, Inc. disclose as follows:

1. Plaintiff American Civil Liberties Union of New Jersey has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Plaintiff American Civil Liberties Union, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                          Respectfully submitted,

                                          s/   Lawrence S. Lustberg
                                          Lawrence S. Lustberg, Esq.
                                          GIBBONS P.C.
                                          One Gateway Center
                                          Newark, NJ 07102-5310
                                          (973) 596-4500
                                          llustberg@gibbonslaw.com

Date: September 10, 2019