Lawrence S. Lustberg, Esq.
Jessica L. Hunter, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
llustberg@gibbonslaw.com
jhunter@gibbonslaw.com

*Withdrawing Attorneys for Plaintiffs American Civil Liberties Union of New Jersey and American Civil Liberties Union, Inc.*

OF COUNSEL:
Jeanne LoCicero, Esq.
American Civil Liberties Union of
   New Jersey Foundation
89 Market Street, 7th Floor
Newark, NJ 07102
(973) 854-1715
jlocicero@aclu-nj.org

David Cole, Esq.*
American Civil Liberties Union
   Foundation, Inc.
915 15th St. NW
Washington, DC 20005
(202) 675-2330
dcole@aclu.org

Brian Hauss, Esq.*
American Civil Liberties Union
   Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bhauss@aclu.org

*\* Pro hac vice applications to be submitted*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY** and **AMERICAN CIVIL LIBERTIES UNION, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GURBIR S. GREWAL**, et al.,<br><br>**Defendants.** | Case No.  19-CV-17807<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**PLEASE TAKE NOTICE** that Gibbons P.C. (by Lawrence S. Lustberg, Esq. and Jessica L. Hunter, Esq.) hereby withdraws its appearance as counsel for Plaintiffs American Civil Liberties Union of New Jersey and American Civil Liberties Union, Inc.  Other counsel listed on the Complaint shall remain in place and it is anticipated than new counsel will forthwith enter their appearance as counsel for Plaintiffs.

Dated: September 11, 2019                    Respectfully submitted,

                                             s/   Lawrence S. Lustberg
                                             Lawrence S. Lustberg, Esq.

                                             **GIBBONS P.C.**
                                             One Gateway Center
                                             Newark, NJ 07102-5310
                                             (973) 596-4500
                                             llustberg@gibbonslaw.com