UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY,** a New Jersey nonprofit corporation, and **AMERICAN CIVIL LIBERTIES UNION, INC.,** a District of Columbia nonprofit corporation**,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GURBIR S. GREWAL**, in his official capacity as Attorney General of New Jersey**, ERIC H. JASO**, in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission**, STEPHEN M. HOLDEN**, in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON**, in her official capacity as Commissioner of the New Jersey Election Law Enforcement Commission,<br><br>**Defendants.** | Civil Action No.: 3:19-CV-17807<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Jeanne LoCicero, Esq., AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION, 89 Market Street, 7th Floor, P.O. Box 32159, Newark, New Jersey 07102, hereby enters her appearance as co-counsel for Plaintiffs American Civil Liberties Union of New Jersey and American Civil Liberties Union, Inc. in the above-captioned matter.

Dated: September 13, 2019

  /s Jeanne LoCicero
 Jeanne LoCicero (024052000)

AMERICAN CIVIL LIBERTIES UNION OF
NEW JERSEY FOUNDATION
89 Market Street, 7th Floor
P.O. Box 32159
Newark, New Jersey 07102

Tel:    973-854-1715
Email: jlocicero@aclu-nj.org