```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants


By:  Stuart M. Feinblatt
     Assistant Attorney General
     (609) 376-3202
     Stuart.Feinblatt@law.njoag.gov
```

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICANS CIVIL LIBERTIES, UNION OF NEW JERSEY, ET AL. : : : Plaintiff, : : v. : : **GURBIR GREWAL,** in his Official capacity as Attorney General of New Jersey, **ERIC H. JASO,** in his official capacity as Chairperson of the New Jersey Election Law Enforcement Commission, **STEPHEN M. HOLDEN,** in his official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, and **MARGUERITE T. SIMON,** in her Official capacity as Commissioner of the New Jersey Election Law Enforcement Commission, : : : : : : Defendants. : | Civil Action No. 19-cv-17807 **NOTICE OF APPEARANCE** |

    Stuart M. Feinblatt, Assistant Attorney General, hereby

enters an appearance on behalf of Defendants, Gurbir Grewal, Eric H. Jaso, Stephen M. Holden and Marguerite T. Simon.

                                      GURBIR S. GREWAL
                                      ATTORNEY GENERAL OF NEW JERSEY


                        By:  /s/ Stuart M. Feinblatt
                            Stuart M. Feinblatt
                            Assistant Attorney General


DATED:    September 26, 2019